UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> LIVE NATION ENTERTAINMENT, INC., and TICKETMASTER L.L.C., <br><br> *Defendants.* | Case No. 1:24-cv-03973-(AS) <br><br> **NOTICE OF MOTION** <br><br> **ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, Live Nation Entertainment, Inc. and Ticketmaster L.L.C. (collectively, "Defendants") will move this court *in limine* before the Honorable Arun Subramanian, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, Courtroom 15A, New York, NY 10007, for an Order excluding Plaintiffs' trial exhibits PX-0706, PX-0718, PX-0719, PX-0720, PX-0721, and PX-0722 (collectively, the "Exhibits"), as well as all testimony and argument relating to them, under Federal Rules of Evidence 401, 402, and 403.

Dated: March 8, 2026

Respectfully submitted,

| LATHAM & WATKINS LLP | CRAVATH, SWAINE & MOORE LLP |
|---|---|
| /s/ Alfred C. Pfeiffer | /s/ Lauren A. Moskowitz |
| Alfred C. Pfeiffer (admitted *pro hac vice*)   Co-Lead Trial Counsel  David R. Marriott   Co-Lead Trial Counsel  Timothy L. O'Mara (admitted *pro hac vice*)  Jennifer L. Giordano  Kelly S. Fayne (admitted *pro hac vice*)  Andrew M. Gass (admitted *pro hac vice*)  Lindsey S. Champlin (admitted *pro hac vice*)  Robin L. Gushman (admitted *pro hac vice*) | Lauren A. Moskowitz  Jesse M. Weiss  Nicole M. Peles  Two Manhattan West  375 Ninth Avenue  New York, NY 10001  (212) 474-1000  lmoskowitz@cravath.com  jweiss@cravath.com  npeles@cravath.com  *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* |
| 505 Montgomery Street, Suite 2000  San Francisco, CA 94111  (415) 391-0600  1271 Avenue of the Americas  New York, NY 10020  (212) 906-1200  555 11th Street, NW, Suite 1000  Washington, D.C. 20004  (202) 637-2200  Al.Pfeiffer@lw.com  David.Marriott@lw.com  Tim.O'Mara@lw.com  Jennifer.Giordano@lw.com  Andrew.Gass@lw.com  Kelly.Fayne@lw.com  Lindsey.Champlin@lw.com  Robin.Gushman@lw.com  *Attorneys for Defendants Live Nation Entertainment, Inc. and Ticketmaster L.L.C.* | |