| | |
|---|---|
| **From:** | Bret Gallagher |
| **Sent:** | Monday, July 11, 2022 2:58 PM PDT |
| **To:** | Oliver Chi |
| **Subject:** | Re: Pacific Symphony and Thank You! |

Oliver..

None of this matters...

Tickets sales and ticket distribution are two separate things..

In my business it's all about "Gross ticket sales"...how much ticket revenue are you generating to cover all of your costs..

This is a business..unfortunately Pacific Symphony does see it like that....they have zero business acumen, and it looks to me that they are depending on the city to fully fund there operation is future. I take exception to Eileen Jeanette letter to you, last paragraph

I thought Live Nation had an exclave negotiating agreement with the city..please refrain from any conversations with the PSO until our deal is done..we can deal with them later.

Thanks
Bret

**From:** Oliver Chi <OChi@cityofirvine.org>
**Date:** Sunday, July 10, 2022 at 2:19 PM
**To:** Bret Gallagher <BretGallagher@LiveNation.com>
**Subject:** FW: Pacific Symphony and Thank You!

**[EXTERNAL]**

Hey Bret!

FYI... I got this from the Pacific Symphony today... just wanted to be sure you had this info!!!

Oliver

**OLIVER CHI** |  CITY OF IRVINE |  CELL - (310) 663-9837



**From:** Eileen Jeanette <ejeanette@pacificsymphony.org>
**Sent:** Sunday, July 10, 2022 2:06 PM

**Ex. No
PX1242**
**1:24-cv-03973**



CITY_OF_IRVINE_002477



CITY_OF_IRVINE_002478