| | |
|---|---|
| **From:** | Oliver Chi |
| **Sent:** | Wednesday, March 15, 2023 10:13 PM PDT |
| **To:** | Geni Lincoln; Tom See |
| **CC:** | Pete Carmichael |
| **Subject:** | RE: Irvine Amp Project Discussions |
| **Attachments:** | Live Nation Negotiation Table - Current City Position On Key Terms (March 15, 2023).pdf |

Hi Geni!

Thanks for working late and sending this info over! Apologies for the delay on my part for sending over the City's current position on 7 overarching key deal points, we were finalizing details with our City Council Subcommittee throughout the day, and the process took a bit longer than we anticipated.

The key deal points highlighted in the attached document include issues related to the following matters:

- Agreement Term
- City Costs
- Revenues Paid to City
- Amp Operations / Promotions
- City Use of Amp
- Maintenance Requirements
- Noise Requirements

Also, as I had shared on the phone, we don't expect to reach agreement tomorrow on these deal terms, but instead, we want to articulate the City's current position as it relates to a possible deal with Live Nation. Of note, we are looking to restructure the overall terms of any deal with Live Nation, such that we're not approaching the discussion from a perspective of building off of the prior draft documents we were trading. Rather, we're looking to reframe how we approach any potential partnership with Live Nation, and while there will certainly be additional issues to resolve, the key deal terms outlined in the attached document serve to outline our expectations related to a revised deal structure moving ahead.

Looking forward to seeing you and your team tomorrow, and if you have any questions in the meantime, please don't hesitate to let me know!

Best,
Oliver

PS – One last note… Councilmember Mike Carroll will be joining the meeting tomorrow virtually. Vice Mayor Tammy Kim will be there in person, along with the rest of the City team I shared with you previously.

---

**OLIVER CHI** | CITY OF IRVINE | CELL - (310) 663-9837

**Ex. No**
**PX0199**
1:24-cv-03973

CITY_OF_IRVINE_019450



**From:** Geni Lincoln <GeniLincoln@LiveNation.com>
**Sent:** Wednesday, March 15, 2023 9:56 PM
**To:** Oliver Chi <OChi@cityofirvine.org>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

**CAUTION: EXTERNAL EMAIL**

Hi Oliver,

In follow up to our phone call, here is the list of attendees from our side:

Jordan Zachary – Co-President, US Concerts
Tom See – COO, Live Nation Venues
Geni Lincoln – President, California Region
Bret Gallagher – EVP, Business Development
Matt Prieshoff – Head of Venue Experiences
Sheila Small – Chief Counsel
John Ahrens – SVP, Design & Construction
David Codiga – Business Development
Jonathan Bauman – Senior Counsel

Thanks,
Geni

---

**From:** Geni Lincoln
**Sent:** Wednesday, March 15, 2023 1:32 PM
**To:** Oliver Chi <OChi@cityofirvine.org>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

Hi Oliver!

Just checking in to see if you have the overview document you could send over?

Thanks!
Geni

---

**From:** Oliver Chi <OChi@cityofirvine.org>
**Sent:** Tuesday, March 14, 2023 3:04 PM
**To:** Geni Lincoln <GeniLincoln@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

**[EXTERNAL]**

CITY_OF_IRVINE_019451

Hi Geni!

We're looking forward to seeing you, Tom, and the Live Nation team on Thursday! Could you let me know how many people will be coming from your team? We're trying to get food ordered for our meeting!

Also, in terms of the meeting location, we're going to be hosting the meeting offsite at Sonesta Irvine, which is located at the following address:

Sonesta Irvine
17941 Von Karman Avenue
Irvine, CA  92614

We'll be meeting in the Avalon conference room at Sonesta Irvine, and we'll also have a separate private room for you and the Live Nation team.

We're working on finalizing a preliminary overview document outlining key terms associated with our deal that we want to discuss Live Nation as we move ahead, and I'm working to get the document sent over to you and Tom later tonight, or at the latest, tomorrow morning.

In the meantime, let me know if you have any questions, and thanks for your help!

Best,
Oliver

---

**OLIVER CHI** |  CITY OF IRVINE  |  CELL - (310) 663-9837



---

**From:** Geni Lincoln <GeniLincoln@LiveNation.com>
**Sent:** Tuesday, March 14, 2023 1:33 PM
**To:** Oliver Chi <OChi@cityofirvine.org>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

**CAUTION:** EXTERNAL EMAIL

Hi Oliver,

Great, thank you for this in the meantime!

Speak soon,
Geni

**From:** Oliver Chi <OChi@cityofirvine.org>
**Sent:** Monday, March 13, 2023 9:56 PM
**To:** Geni Lincoln <GeniLincoln@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

**[EXTERNAL]**

Hi Geni!

Thanks for the note, and hope your week got off to a good start!

We'll send along meeting location details tomorrow or Wednesday morning at the latest.  Also, we'll be sure to send over an initial overview of key deal terms we're hoping to discuss with you, Tom, and the Live Nation team when we meet on Thursday.

As for event participants, I'll be there at the meeting, along with the following folks from the City:

- Tammy Kim, Irvine Vice Mayor
- Mike Carroll, Irvine City Councilmember
- Pete Carmichael, Assistant City Manager
- Steve Torelli, Great Park Admin / Ops Manager
- Allison LeMoine-Bui, City Transactional Attorney
- Jeff Melching, City Attorney (via remote access)

More to come later this week, and look forward to seeing you on Thursday!  In the meantime, let me know if you have any questions!

Best,
Oliver

_____

**OLIVER CHI** |  CITY OF IRVINE |  CELL - (310) 663-9837



**From:** Geni Lincoln <GeniLincoln@LiveNation.com>
**Sent:** Monday, March 13, 2023 12:14 PM
**To:** Oliver Chi <OChi@cityofirvine.org>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

**CAUTION: EXTERNAL EMAIL**

Hi Oliver!

Hope you had a wonderful weekend.

We will plan for 11AM on Thursday, and will keep an eye out for confirmed location from you.

Will also keep an eye out for items for discussion and list of attendees with your group.

Appreciate your help!
Geni

**From:** Oliver Chi <OChi@cityofirvine.org>
**Sent:** Friday, March 10, 2023 5:33 PM
**To:** Geni Lincoln <GeniLincoln@LiveNation.com>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

**[EXTERNAL]**

Hi Geni!

Happy Friday, and hope you're staying warm and dry with this crazy weather we're having!

Apologies also for the late reply! I've been trying to get schedules coordinated here on our end, and wanted to see if the Live Nation team would be available to meet next Thursday at 11am here in Irvine. We're working to finalize a meeting location, and will confirm all those details with you as soon as we lock in a date / time!

Thanks again for your help too, and looking forward to reengaging with you, Tom, and the rest of the Live Nation team moving forward!

Best,
Oliver

_____

**OLIVER CHI** | CITY OF IRVINE | CELL - (310) 663-9837



**From:** Geni Lincoln <GeniLincoln@LiveNation.com>
**Sent:** Thursday, March 9, 2023 6:15 PM
**To:** Oliver Chi <OChi@cityofirvine.org>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

**CAUTION:** EXTERNAL EMAIL

CITY_OF_IRVINE_019454

Hi Oliver,

Thank you again for the call. Just in follow up to timing, if possible, to do closer to 9:30AM on Thursday that would be great.

Other than that, will keep an eye out for additional information as discussed.

Appreciate your help!

Geni

---

**From:** Geni Lincoln
**Sent:** Thursday, March 9, 2023 3:31 PM
**To:** Oliver Chi <OChi@cityofirvine.org>; Tom See <ThomasSee@LiveNation.com>
**Subject:** RE: Irvine Amp Project Discussions

Hi Oliver,

Thank you for your note, and hope you are also doing well.

We also are looking forward to reengaging, and meeting together. Thank you for suggesting a time next week. If you could send us your preferred time the morning of 3/16 that would be great so we can work on our schedules accordingly. Could you possibly let us know who else from your team may be joining so we can convene with our team as needed?

Please don't hesitate to reach out if you need anything else in the meantime.

Thanks again,
Geni

Geni Lincoln | President | California Region
Email: genilincoln@livenation.com
Cell: 949.939.2775
325 N. Maple Dr., Beverly Hills, CA 90210

---

**From:** Oliver Chi <OChi@cityofirvine.org>
**Sent:** Thursday, March 9, 2023 12:38 PM
**To:** Tom See <ThomasSee@LiveNation.com>; Geni Lincoln <GeniLincoln@LiveNation.com>
**Subject:** Irvine Amp Project Discussions

**[EXTERNAL]**

Hello Tom and Geni,

I hope that this note finds you both doing well on this beautiful Thursday!

CITY_OF_IRVINE_019455

I was reaching out today to see if we could find time next week to pick-up our discussion regarding the establishment of a permanent amphitheater venue here in Irvine. We're looking forward to reengaging with Live Nation, and in particular, we are looking forward to resetting the City's working relationship with Live Nation as we continue the discussions with you both moving ahead.

To that end, I wanted to see if you might be available to meet next week in Irvine. We were hoping you might be available on Thursday, 3/16, in the AM, to initiate our discussions. Let me know if that works, and once we get meeting logistics set, we'll also be sure to send you some additional information that outlines key deal terms we've been thinking about during the last few weeks.

Thanks again for your time and attention to this matter. Let me know if you have any questions, and look forward to meeting you both in person here soon.

Best regards,
Oliver

_____

**OLIVER CHI**  |  CITY MANAGER  |  CITY OF IRVINE
1 civic center plaza, irvine, ca 92606  |  cell - (310) 663-9837  |  office - (949) 724-6901  |  ochi@cityofirvine.org



CITY_OF_IRVINE_019456

**CITY OF IRVINE // LIVE NATION**

*City Position on Key Negotiation Deal Points*

| | Term | City Position |
|---|---|---|
| 1. | Term | • 10-year base term, plus one 5-year extension at City's election<br>• *Relevant Comp:* Ascend Amp (Nashville, TN) involved construction of a new facility, Nashville provided LN with a 10-year term in this instance |
| 2. | Costs | • City contribution toward direct amp costs capped at $110M<br>• LN contributes a minimum of $65M as Capital Contribution (which would include FF&E)<br>• *Relevant Comp:* Jones Beach (Wantagh, NY) involved LN capital contribution of $65M for a ~15K seat amp |
| 3. | Revenues | • Rent paid by LN at $6.3M / year or 6% of gross revenues, whichever is greater<br>• Annual escalation of minimum rent to be the lesser of 5% or CPI<br>• 1/3rd of gross parking revenue earned by LN paid to the City<br>• City to receive 50% of gross naming rights revenue earned by LN<br>• *Relevant Comp:* At Jones Beach (Wantagh, NY) amp, LN paid a base rent of $7.5M / year, with an annual escalation of the lesser of 5% or CPI<br>• *Relevant Comp:* For naming rights, City has reviewed agreements that provide 10% - 50% of gross revenues earned to be split with the city |
| 4. | Operations and Promotion | • *[Amp would be an open venue operated by LN, and available for all promoters to book into the facility]*<br>• *[LN to book no less than 60 events per year, of a high commercial quality]*<br>• The City shall have the right to provide the Pacific Symphony with reserved use dates annually at the amp facility<br>• *Relevant Comp:* Greek Theater (Los Angeles, CA) operates an open venue where all promoters are allowed to book into the amp, and hosts ~70 acts per year |
| 5. | City use | • City shall have right to schedule 5 events per year at the amp facility at no cost<br>• *Relevant Comp:* No direct city request for use of amp identified in market comps, however, Greek Theater (Los Angeles, CA) provides for ethnic, non-musical, theater, and symphonic performances to book into the facility |
| 6. | Maintenance | • LN shall reserve 5% of gross revenue earned for maintenance and repair / replacement of capital items at the facility, with any unused funds at end of term going to City<br>• *Relevant Comp:* Jones Beach (Wantagh, NY) deal requires LN to reserve 5% of gross revenues for maintenance and repair / replacement of capital items at the facility |
| 7. | Noise | • Set maximum dBA and dBC threshold levels, as measured from various fixed points around the City<br>• City retains dynamic sound control, where City has authority to mandate that noise be turned down during a show in real time if noise thresholds are exceeded<br>• Institute a penalty for noise level exceedances, increasing in severity, up to and including termination<br>• *Relevant Comp:* Red Rocks (Denver, CO) institutes noise controls via City municipal code<br>• *Relevant Comp:* Greek Theater (Los Angeles, CA) has a fixed house sound system, a dBA threshold of 95 dBA at the soundboard, and significant fiscal penalties for any sound violations |

680/048170-1126
18868334.1 a03/15/23

CITY_OF_IRVINE_019457