# Exhibit 2

# Personal messages Ben Baker and Jeff Weinhold - 2022-03-14 (UTC)

Private 3/14/2022, 12:00 AM UTC
Ben Baker and Jeff Weinhold

Has deletions

- **Jeff Weinhold (U01BUG6UY5V)JW**

  'ol Lilia is like "its 9am and im a'ready over today"
  1/12/2022, 5:05 PM UTC
  lol Lilia is like "its 9am and im already over today"
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  mao
  1/12/2022, 5:06 PM UTC
  lmao
  3/14/2022, 8:55 AM UTC
  I hate the ZBB holds. they're so fucking stupid
  1/12/2022, 5:06 PM UTC
  I hate the ZBB holds. they're so fucking stupid
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  and LN will start on Wed
  1/12/2022, 5:06 PM UTC
  and LN will start on Wed
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  basically all my VIP2 seats are held in odd blocks
  1/12/2022, 5:06 PM UTC
  basically all my VIP2 seats are held in odd blocks
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  SOOOOO many holds. but they are actually better than they used to be
  1/12/2022, 5:06 PM UTC
  SOOOOO many holds. but they are actually better than they used to be
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  to get to where they need to
  1/12/2022, 5:06 PM UTC
  to get to where they need to
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  when they did the Eat and Greets they used to hold like 500-600
  1/12/2022, 5:07 PM UTC
  when they did the Eat and Greets they used to hold like 500-600
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i guessed spotify would be thursday when i built. now it's gonna kick into review when i edit. oh well
  1/12/2022, 5:07 PM UTC
  i guessed spotify would be thursday when i built. now it's gonna kick into review when i edit. oh well
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  lol
  1/12/2022, 5:07 PM UTC
  lol
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  1/12/2022, 5:35 PM UTC
  3/14/2022, 8:55 AM UTC

Ex. No
**PX0719**
1:24-cv-03973



RE: MIDFLORIDA Credit Union Amph

Ben Baker
To  ● Lynne Kocur
Cc    Brittany Bardol

just built that event 30 minutes ago.

The offer is on the event because it's still on our master maps. It won't become public/visible anywhere. It will just sit there inactive.

Ben Baker | Director of Ticketing | Concerts
Email: BenBaker@LiveNation.com
Phone: 813.800.1001 | Internal: 34101 | Cell: 305.245.9739
4802 US Highway 301 | Tampa, FL | 33610

**From:** Lynne Kocur <LynneKocur@LiveNation.com>
**Sent:** Wednesday, January 12, 2022 12:29 PM
**To:** Ben Baker <BenBaker@LiveNation.com>
**Cc:** Brittany Bardol <BrittanyBardol@LiveNation.com>
**Subject:** RE: MIDFLORIDA Credit Union Amph

It's showing up in TM's reports today:

| 0D005C2C0F0AB426 | FLO | EAF1008 | Zac Brown Band: | | MIDFLORIDA Credit Union Amphitheatre |

Thanks!!
Lynne Kocur | Ticketing Manager
Live Nation Media & Sponsorship
T (305) 910-6506
lynnekocur@livenation.com

www.LiveNation.com
www.livenationforbrands.com

5:35 PM UTC
image.png (F02TJTPEEKG)1/12/2022, 5:35 PM UTC
• **Jeff Weinhold** (U01BUG6UY5V)JW

lol FFS
1/12/2022, 5:37 PM UTC
lol FFS
3/14/2022, 8:55 AM UTC
is it the TM'ORS?
1/12/2022, 5:37 PM UTC
is it the TM'ORS?
3/14/2022, 8:55 AM UTC
• **Ben Baker** (U01CZ408U8Y)BB

yes
1/12/2022, 5:37 PM UTC
yes
3/14/2022, 8:55 AM UTC
• **Jeff Weinhold** (U01BUG6UY5V)JW

lol she was ON TOP of that haha
1/12/2022, 5:37 PM UTC
lol she was ON TOP of that haha
3/14/2022, 8:55 AM UTC
• **Ben Baker** (U01CZ408U8Y)BB

i literally just submitted it like 30 min ago and she freaks out

1/12/2022, 5:37 PM UTC
~~i literaly just submitted it like 30 min ago and she freaks out~~
3/14/2022, 8:55 AM UTC
i'm like calm down
1/12/2022, 5:37 PM UTC
~~i'm like calm down~~
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

somehow LeBlancs lacky already has the new JLL BOMS email address and was asking her questions. i slacked Jay and i Was like man that was fast, shes been here 2 days
1/12/2022, 5:38 PM UTC
~~somehow LeBlancs lacky already has the new JLL BOMS email address and was asking her questions. i slacked Jay and i Was like man that was fast, shes been here 2 days~~
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

hananaha
1/12/2022, 5:38 PM UTC
~~hananaha~~
3/14/2022, 8:55 AM UTC
i really wonder where hayden gets his pricing for these ancil's
1/12/2022, 5:38 PM UTC
~~i really wonder where hayden gets his pricing for these ancil's~~
3/14/2022, 8:55 AM UTC
suggested club price: $75
1/12/2022, 5:38 PM UTC
~~suggested club price: $75~~
3/14/2022, 8:55 AM UTC
meanwhile - here's what i did in 2020
1/12/2022, 5:38 PM UTC
~~meanwhile - here's what i did in 2020~~
3/14/2022, 8:55 AM UTC
1/12/2022, 5:38 PM UTC

3/14/2022, 8:55 AM UTC                                                                                    1/12/2022, 5:38 PM UTC
image.png (F02TB0K8ZG⋯)1/12/2022, 5:38 PM UTC
sold it out at $99 and up
1/12/2022, 5:39 PM UTC
~~sold it out at $99 and up~~
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

lol god blesshim
1/12/2022, 5:39 PM UTC
~~lol god blesshim~~
3/14/2022, 8:55 AM UTC
i told Jessica to just ignore his emails
1/12/2022, 5:39 PM UTC
~~i told Jessica to just ignore his emails~~
3/14/2022, 8:55 AM UTC
lol
1/12/2022, 5:39 PM UTC
~~lol~~
3/14/2022, 8:55 AM UTC
(new JLL BOM)
1/12/2022, 5:39 PM UTC
~~(new JLL BOM)~~
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

i like hayden
1/12/2022, 5:41 PM UTC
i like hayden
3/14/2022, 8:55 AM UTC
i just think he's in a weird spot
1/12/2022, 5:41 PM UTC
i just think he's in a weird spot
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

oh i like him too. I just dont understand the role
1/12/2022, 5:41 PM UTC
oh i like him too. i just dont understand the role
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

i understand the role as far as the management of NOS upsells via NAM or whatever flow that is
1/12/2022, 5:41 PM UTC
i understand the role as far as the management of NOS upsells via NAM or whatever flow that is
3/14/2022, 8:55 AM UTC
but nobody understands the individualmarkets better than the folks in those markets
1/12/2022, 5:41 PM UTC
but nobody understands the individualmarkets better than the folks in those markets
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

yes if he is handling that that makes sense
1/12/2022, 5:41 PM UTC
yes if he is handling that that makes sense
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

if i listened to that spreadsheet we'd never make money
1/12/2022, 5:42 PM UTC
if i listened to that spreadsheet we'd never make money
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

i agree. which is why we are a ways fighting the touring/mgt folks
1/12/2022, 5:42 PM UTC
i agree. which is why we are always fighting the touring/mgt folks
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

parking alone I did almost $200K more than 2019...with LESS shows
1/12/2022, 5:42 PM UTC
parking a one i did almost $200K more than 2019.. with LESS shows
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

no shit. I sold 37 VIP Club @ $225 for Morgan Wallen lol
1/12/2022, 5:42 PM UTC
no shit. I sold 37 VIP Club @ $225 for Morgan Wallen lol
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

right? like fuck
1/12/2022, 5:42 PM UTC
right? like fuck
3/14/2022, 8:55 AM UTC
i'm starting at $109 for ZBB
1/12/2022, 5:42 PM UTC
i'm starting at $109 for ZBB
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

we sell "reserved" premier parking. its only 15 and we sell all of them every show. We were doing $15 above the premier price all of the last 2 years. Im now automatically doing $30 above MIN.
1/12/2022, 5:43 PM UTC
we sell "reserved" premier parking. its only 15 and we sell all of them every show. We were doing $15 above the premier price all of the last 2 years. im now automatically doing $30 above MIN.
3/14/2022, 8:55 AM UTC
im done asking people for permission ... i just do it now
1/12/2022, 5:43 PM UTC
im done asking people for permission ... i just do it now
3/14/2022, 8:55 AM UTC

LNE-LIT24-000682265

- **Ben Baker (U01CZ408U8Y)BB**
  3/14/2022, 8:55 AM UTC

  i charge $50 to park in the grass lmao
  1/12/2022, 5:44 PM UTC
  i charge $50 to park in the grass lmao
  3/14/2022, 8:55 AM UTC
  i charge $60 for closer grass
  1/12/2022, 5:44 PM UTC
  i charge $60 for closer grass
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  VIP parking was supposed to be $75. i now START at $100
  1/12/2022, 5:44 PM UTC
  VIP parking was supposed to be $75. i now START at $100
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  $75 for one way valet
  1/12/2022, 5:44 PM UTC
  $75 for one way valet
  3/14/2022, 8:55 AM UTC
  $100 for oversize which doesn't give you ANY benefits. there's no RV plug in's AND you still have to walk 3/4 of a mile
  1/12/2022, 5:44 PM UTC
  $100 for oversize which doesn't give you ANY benefits. there's no RV plug in's AND you still have to walk 3/4 of a mile
  3/14/2022, 8:55 AM UTC
  hahahaha
  1/12/2022, 5:44 PM UTC
  hahahaha
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  :olol
  1/12/2022, 5:46 PM UTC
  lolol
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**
  1/12/2022, 5:46 PM UTC

  | | Premier Parking | | |
  |---|---|---|---|
  | Year | Gross | $ Growth | % Growth |
  | 2018 | $ 470,475.00 | | |
  | 2019 | $ 499,415.00 | $ 28,940.00 | 6% |
  | 2021 | $ 666,230.00 | $166,815.00 | 33% |

  3/14/2022, 8:55 AM UTC                                         1/12/2022, 5:46 PM UTC
  image.png (-02U49T9CMP)1/12/2022, 5:46 PM UTC
  robbing them blind baby
  1/12/2022, 5:46 PM UTC
  robbing them blind baby
  3/14/2022, 8:55 AM UTC
  that's how we do
  1/12/2022, 5:47 PM UTC
  that's how we do
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  lol
  1/12/2022, 5:47 PM UTC
  lol
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i'm still bitter dead & co canceled or i would have been second in platinum I'ft behind hollywood bowl. instead oconnor got me
  1/12/2022, 5:47 PM UTC
  i'm still bitter dead & co canceled or i would have been second in platinum I'ft behind hollywood bowl. instead oconnor got me
  3/14/2022, 8:55 AM UTC
  that bastard
  1/12/2022, 5:48 PM UTC
  that bastard
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  HAHAHA

HIGHLY CONFIDENTIAL

1/12/2022, 5:50 PM UTC

HAHAHA

3/14/2022, 8:55 AM UTC

were you w LN when they did awards at the LN conference? I think they only d d t one year.

1/12/2022, 5:50 PM UTC

were you w LN when they did awards at the LN conference? I think they only did it one year

3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

no

1/12/2022, 5:50 PM UTC

no

3/14/2022, 8:55 AM UTC

but gimme a plaque dammit

1/12/2022, 5:50 PM UTC

but gimme a plaque dammit

3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

Holtz won like 80% of the ticketing awards cause well ... NYC

1/12/2022, 5:50 PM UTC

Holtz won like 80% of the ticketing awards cause well ... NYC

3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

they mentioned our % platinum increase at M DFL in santa monica

1/12/2022, 5:50 PM UTC

they mentioned our % platinum increase at M DFL in santa monica

3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

they were cool guitars w a engraved plaque on them

1/12/2022, 5:51 PM UTC

they were cool guitars w a engraved plaque on them

3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

wow

1/12/2022, 5:51 PM UTC

wow

3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

so for ZBB special you did a different one for each PS protected vs not?

1/12/2022, 6:09 PM UTC

so for ZBB special you did a different one for each PS protected vs not?

3/14/2022, 8:55 AM UTC

Im just doing one Preferred offer and then TM can add more if they need that

1/12/2022, 6:10 PM UTC

Im just doing one Preferred offer and then TM can add more if they need that

3/14/2022, 8:55 AM UTC

you cant built the aisle offer w the pw anyways

1/12/2022, 6:10 PM UTC

you cant built the aisle offer w the pw anyways

3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

1/12/2022, 6:10 PM UTC

HIGHLY CONFIDENTIAL

```
2 / Pre & Post sales
Pre/Post-sale # 1: Legacy Zamily Member Presale     VISIBLE
Channels: INTERNET
Start: TUE 18-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 2: Zamily Presale     VISIBLE
Channels: INTERNET
Start: TUE 18-JAN-22 11:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 3: Zamily VIP/Aisle/Platinum Presale     VISIBLE
Channels: INTERNET
Start: TUE 18-JAN-22 10:00 am     End: TUE 18-JAN-22 11:59 pm
Description:
Link Text:
Link:

Pre/Post-sale # 4: Fan Club Bundle     VISIBLE
Channels: INTERNET
Start: TUE 18-JAN-22 12:00 pm     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 6: Citic Cardmember Presale     VISIBLE
Channels: INTERNET
Start: TUE 18-JAN-22 12:00 pm     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 7: VIP Package & Platinum Public Presale     VISIBLE
Channels: INTERNET
Start: TUE 18-JAN-22 12:00 pm     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 8: Spotify Presale     VISIBLE
Channels: INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 9: Support Presale     VISIBLE
Channels: INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 10: Live Nation Presale     VISIBLE
Channels: INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:
```

3/14/2022, 8:55 AM UTC                                          1/12/2022, 6:10 PM UTC
image.png (F02TU471D8U)1/12/2022, 6:10 PM UTC
1/12/2022, 6:10 PM UTC

```
Pre/Post sale # 11: Live Nation Sponsor Presale     VISIBLE
Channels: INTERNET
Start: THU 20-JAN-22 10:00 am     End: THU 20-JAN-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 12: Citic Cardmember Preferred Tickets     VISIBLE
Channels: INTERNET
Start: FRI 21-JAN-22 10:00 am     End: SAT 10-SEP-22 10:00 pm
Description:
Link Text:
Link:

Pre/Post-sale # 13: VIP Packages On Sale     VISIBLE
Channels: INTERNET
Start: FRI 21-JAN-22 10:00 am     End: SAT 1-OCT-22 10:00 pm
Description:
Link Text:
Link:
```

3/14/2022, 8:55 AM UTC                                          1/12/2022, 6:10 PM UTC
image.png (F02U4EDPXMF)1/12/2022, 6:10 PM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

so you d dnt make one for the regular aisle?
1/12/2022, 6:11 PM UTC
so you d dnt make one for the regular aisle?
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i didn't build any of the zamily masks or shit
1/12/2022, 6:11 PM UTC
i didn't build any of the zamily masks or shit
3/14/2022, 8:55 AM UTC
i never put aisle offer in the special sales slots
1/12/2022, 6:11 PM UTC

i never put aisle offer in the special sales slots
3/14/2022, 8:55 AM UTC
i think it's dumb
1/12/2022, 6:11 PM UTC
i think it's dumb
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  oh i do
  1/12/2022, 6:11 PM UTC
  oh i do
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i just set it to enable via custom times
  1/12/2022, 6:11 PM UTC
  i just set it to enable via custom times
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  Official Plat, VIP Presale, Preferred Seating
  1/12/2022, 6:11 PM UTC
  Official Plat, VIP Presale, Preferred Seating
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i did it this time because i looked at the 2020 spec and how we programmed. but in general i don't put the aisle in special sales
  1/12/2022, 6:12 PM UTC
  i did it this time because i looked at the 2020 spec and how we programmed. but in general i don't put the aisle in special sales
  3/14/2022, 8:55 AM UTC
  platinum and V P - yes. but aisle, nah
  1/12/2022, 6:12 PM UTC
  platinum and VIP - yes. but aisle, nah
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  gotcah
  1/12/2022, 6:12 PM UTC
  gotcah
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i also already have AISLEPRE/AISLEP on my maps cause i lke it separated
  1/12/2022, 6:12 PM UTC
  i also already have AISLEPRE/AISLEP on my maps cause i lke it separated
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  ew no thanks
  1/12/2022, 6:13 PM UTC
  ew no thanks
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  so they'll use that for the zamly. then just double settsk the regular AISLE
  1/12/2022, 6:13 PM UTC
  so they'll use that for the zamly. then just double settsk the regular AISLE
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  and i never take aisle offsale
  1/12/2022, 6:13 PM UTC
  and i never take aisle offsale
  3/14/2022, 8:55 AM UTC
  or platinum
  1/12/2022, 6:13 PM UTC
  or platinum
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  i generally do
  1/12/2022, 6:13 PM UTC
  i generally do
  3/14/2022, 8:55 AM UTC
  just because in other venues i've worked we've gotten angry people claiming we were only selling marked up tickets
  1/12/2022, 6:13 PM UTC

~~just because in other venues i've worked we've gotten angry people claiming we were only seling marked up tickets~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

yeah thats the point. if youwant to buy before 10am ... pay me!
1/12/2022, 6:14 PM UTC
~~yeah thats the point. if youwant to buy before 10am ... pay me!~~
3/14/2022, 8:55 AM UTC
lol
1/12/2022, 6:14 PM UTC
~~lol~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i gouge them on ancil prices to make up for it
1/12/2022, 6:17 PM UTC
~~i gouge them on ancl prices to make up for it~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

ew you call it Aisle?
1/12/2022, 6:19 PM UTC
~~ew you call it Aisle?~~
3/14/2022, 8:55 AM UTC
Preferred Seating baby
1/12/2022, 6:19 PM UTC
~~Preferred Seating baby~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i called it aisle on zbb ONLY
1/12/2022, 6:19 PM UTC
~~i called it aisle on zbb ONLY~~
3/14/2022, 8:55 AM UTC
because that's how it was on the spec in 2020
1/12/2022, 6:19 PM UTC
~~because that's how it was on the spec in 2020~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

ah
1/12/2022, 6:19 PM UTC
~~ah~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

every other show is preferred seating
1/12/2022, 6:20 PM UTC
~~every other show is preferred seating~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

i like getting the front rows of all the sections in there
1/12/2022, 6:20 PM UTC
~~i like getting the front rows of all the sections in there~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

trust me - i was annoyed lol
1/12/2022, 6:20 PM UTC
~~trust me - i was annoyed lol~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

lol
1/12/2022, 6:20 PM UTC
~~lol~~
3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

i can't do that because that's my ADA
1/12/2022, 6:20 PM UTC
~~i can't do that because that's my ADA~~
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

im goig w preferred and see if they switch it
1/12/2022, 6:20 PM UTC
im goig w preferred and see if they switch it
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

Ha
1/12/2022, 6:21 PM UTC
Ha
3/14/2022, 8:55 AM UTC
Alright time to go see my hot dentist and get yelled at for not flossing
1/12/2022, 6:21 PM UTC
Alright time to go see my hot dentist and get yelled at for not flossing
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

your one w the passwrod is set till 11:59pm instead of AM
1/12/2022, 6:22 PM UTC
your one w the passwrod is set till 11:59pm instead of AM
3/14/2022, 8:55 AM UTC
did that person eat Haley?
1/12/2022, 7:06 PM UTC
did that person eat Haley?
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

nuh
1/12/2022, 8:10 PM UTC
nuh
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

didnt know you werent on the callslacker
1/12/2022, 8:11 PM UTC
didnt know you werent on the callslacker
3/14/2022, 8:55 AM UTC
hailey looks like she exoanded during break
1/12/2022, 8:11 PM UTC
hailey looks like she exoanded during break
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

i literally told you i was leaving to go see my hot dentist lol
1/12/2022, 8:12 PM UTC
i literally told you i was leaving to go see my hot dentist lol
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

oh shit i did miss that lol
1/12/2022, 8:13 PM UTC
oh shit i did miss that lol
3/14/2022, 8:55 AM UTC
you see my note about your presale times?
1/12/2022, 8:13 PM UTC
you see my note about your presale times?
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

yeah i just fixed it in ITV
1/12/2022, 8:13 PM UTC
yeah i just fixed it in ITV
3/14/2022, 8:55 AM UTC
good catch
1/12/2022, 8:13 PM UTC
good catch
3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

yup yup
1/12/2022, 8:14 PM UTC
yup yup
3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

1/12/2022, 8:15 PM UTC
3/14/2022, 8:55 AM UTC

HIGHLY CONFIDENTIAL
LNE-LIT24-000682271



Fwd: Re: Request A Refund Or Credit - 29-41721/FLO - AJR - The OK Orchestra Tour

**Redacted for PII/SHI**
To ● MIDFLORDA Credit Union Amp Box Office
① Click here to download pictures. To help protect your privacy, Outlook prevented automatic download of some pictures in this message.

EXTERNAL

Good day

I tried to get a response from TicketMaster in regards to a show I purchased tickets for - ARJ 5/4/22 730pm

My company is moving out of the state and I will no longer be able to take my 13 yr old to the show. I am asking for an exception to be made and a
will be impossible for me to afford to fly back/hotel/etc

Their answer was to contact the event coordinator, but of course, gave no more detail - I assume you are the event coordinator?

Thank you kindly

Cristen M. Perkins

I AM AN ALLY

--------- Original Message ---------
From: Ticketmaster NA <support@ticketmaster@zendesk.com>
To: perkins.perkins         Redacted for PII/SHI

8:15 PM UTC
image.png (F02TBTRK5K9)1/12/2022, 8:15 PM UTC
do i want to be nice
1/12/2022, 8:15 PM UTC
do i want to be nice
3/14/2022, 8:55 AM UTC

- Jeff Weinhold (U01BUG6UY5V)JW

  lol yes just give em the refund lol
  1/12/2022, 8:15 PM UTC
  lol yes just give em the refund lol
  3/14/2022, 8:55 AM UTC

- Ben Baker (U01CZ408U8Y)BB

  you've gone soft
  1/12/2022, 8:15 PM UTC
  you've gone soft
  3/14/2022, 8:55 AM UTC
  1/12/2022, 8:17 PM UTC
  3/14/2022, 8:55 AM UTC

HIGHLY CONFIDENTIAL



image.png (F02TBU0HUEB) 1/12/2022, 8:17 PM UTC                                           1/12/2022, 8:17 PM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  I'm sure you'll do it for the $20
  1/12/2022, 8:18 PM UTC
  im sure you'll do it for the $20
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  duh
  1/12/2022, 8:19 PM UTC
  duh
  3/14/2022, 8:55 AM UTC

- **Jeff Weinhold (U01BUG6UY5V)JW**

  lol i got it too. How critical can i be?? lol
  1/12/2022, 8:20 PM UTC
  lol i got it too. How critical can i be?? lol
  3/14/2022, 8:55 AM UTC

- **Ben Baker (U01CZ408U8Y)BB**

  1/12/2022, 8:20 PM UTC
  3/14/2022, 8:55 AM UTC

HIGHLY CONFIDENTIAL

Please enter your **business email address** to claim your gift card.

Please enter the email address for which this survey to.

benbaker@livenation.com

SUBMIT ✔    PLEASE ENTER AN EMAIL ADDRESS

8:20 PM UTC
image.png (F02TSJ3L82X)" /12/2022, 8:20 PM UTC
easiest $20 i've ever made
1/12/2022, 8:20 PM UTC
easiest $20 i've ever made
3/14/2022, 8:55 AM UTC
- Jeff Weinhold (U01BUG6UY5V)JW

lol
1/12/2022, 8:20 PM UTC

3/14/2022, 8:55 AM UTC
meanwhile its a phishing scam and they now own you
1/12/2022, 8:20 PM UTC
meanwhile its a phishing scam and they now own you
3/14/2022, 8:55 AM UTC
- Ben Baker (U01CZ408U8Y)BB

oh well
1/12/2022, 8:21 PM UTC
oh well

HIGHLY CONFIDENTIAL