# Exhibit 5

# Personal messages Ben Baker and Jeff Weinhold - 2022-05-03 (UTC)

Private 5/3/2022, 12:00AM UTC
Ben Baker and Jeff Weinhold

Has deletions

- Ben Baker (U01CZ408U8Y) BB

  alice in chains is at 5:30 PM
  3/3/2022, 4:26P MUTC
  alice in chains is at 5:30 PM
  5/3/2022, 8:59A MUTC
  on a fucking friday
  3/3/2022, 4:26P MUTC
  on a fucking friday
  5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) JW

  lol good luck
  3/3/2022, 4:27P MUTC
  lol good luck
  5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) BB

  some fucktard bought a club bundle in my cheapest reserved for one republic
  3/3/2022, 4:57P MUTC
  some fucktard bought a club bundle in my cheapest reserved for one republic
  5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) JW

  lol its always so random
  3/3/2022, 4:58P MUTC
  lol its always so random
  5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) BB

  idiots
  3/3/2022, 4:58P MUTC
  idiots
  5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) JW

  lol
  3/3/2022, 5:00P MUTC
  lol
  5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) BB

Ex. No
PX0721
1:24-cv-03973

3/3/2022, 5:07P MUTC

[-VIP1] Breaking Benjamin - Diamond VIP On Stage Entire Show
Package Price = $600 + Ticket Face + TM Fees
Capacity = 22  15 GA Pit / 7 Best Possible Reserved
Ticket Limit = 8
Delivery Restrictions = none

5/3/2022, 8:59A MUTC

3/3/2022, 5:07P MUTC

image.png (F035WQ991NV)3/3/2022, 5:07P MUTC

why not 16/6. fuck your odd numbers

3/3/2022, 5:07P MUTC

why not 16/6. fuck your odd numbers

5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

REL SR;LA;AL;;;RETRAC;LA;AL;;;PAYAC;LA;AL;;;

3/3/2022, 5:07P MUTC

REL SR;LA;AL;;;RETRAC;LA;AL;;;PAYAC;LA;AL;;;

5/3/2022, 8:59A MUTC

whoops sorry

3/3/2022, 5:07P MUTC

whoops sorry

5/3/2022, 8:59A MUTC

oh god thats stupid

3/3/2022, 5:07P MUTC

oh god thats stupid

5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

200 pit cap

3/3/2022, 5:15P MUTC

200 pit cap

5/3/2022, 8:59A MUTC

and it's all VIP

3/3/2022, 5:15P MUTC

and it's all VIP

5/3/2022, 8:59A MUTC

hope they sell

3/3/2022, 5:15P MUTC

hope they sell

5/3/2022, 8:59A MUTC

fucking dumb

3/3/2022, 5:15P MUTC

fucking dumb

5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

so they made us do a small cap ... but then nobody can buy them but VIP. smh

3/3/2022, 5:17P MUTC

so they made us do a small cap ... but then nobody can buy them but VIP. smh

5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

CONFIDENTIAL

LNE-LIT24-000685552

and jen wants them split in 1/3 per row
3/3/2022, 5:19P MUTC
and jen wants them split in 1/3 per row
5/3/2022, 8:59A MUTC
which i'm not doing because then you run risk of someone buying two different VIP packages
3/3/2022, 5:19P MUTC
which i'm not doing because then you run risk of someone buying two different VIP packages
5/3/2022, 8:59A MUTC
3/3/2022, 6:06P MUTC
5/3/2022, 8:59A MUTC



6:06P MUTC
image.png (f035409f831) 3/3/2022, 6:06P MUTC
a lot open after all these fucking holds
3/3/2022, 6:06P MUTC
a lot open after all these fucking holds
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

  jesus
  3/3/2022, 6:06P MUTC
  jesus
  5/3/2022, 8:59A MUTC
  what show is that?
  3/3/2022, 6:06P MUTC
  what show is that?
  5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

  alice in chains/breaking ben
  3/3/2022, 6:06P MUTC
  alice in chains/breaking ben
  5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

ord
3/3/2022, 6:06P MUTC
ord
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

3/3/2022, 6:37P MUTC
5/3/2022, 8:59A MUTC



Hi,

If anyone is interested in seeing Billy Joel in Orlando on March 12, please send me the following information below and I will email the tickets to you. The to this as strategic marketing as opposed to papering.

Full Name
Email Address
# of tickets.

Thanks

Chiara

Chiara DeLuca | Regional Ticketing Director | Concerts
Email: chiaradeluca@livenation.com
Phone: 954.649.9583
215 NW 24 Street, 5th Floor, Miami, FL, 33127
www.LiveNation.com

LIVE NATION

6:37P MUTC
image.png (F035XBJAF25)3/3/2022, 6:37P MUTC
strategic marketing? lmao
3/3/2022, 6:37P MUTC
strategic marketing? lmao
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V) W

hahaha thats a new one
3/3/2022, 6:38P MUTC
hahaha thats a new one
5/3/2022, 8:59A MUTC
you should go. Hes great
3/3/2022, 6:38P MUTC
you should go. Hes great
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

i'm in dallas next weekend
3/3/2022, 6:38P MUTC
i'm in dallas next weekend
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V) W

love a FB ad i just saw about "how does an electric vehicle mandate affect you and your family?tell Richmond NO!"
3/3/2022, 7:14P MUTC
love a FB ad i just saw about "how does an electric vehicle mandate affect you and your family?tell Richmond NO!"
5/3/2022, 8:59A MUTC

in small print ... paid for by the American Petroleum Institute
3/3/2022, 7:15P MUTC
in small print ... paid for by the American Petroleum Institute
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

i love they targeted you
3/3/2022, 7:15P MUTC
love they targeted you
5/3/2022, 8:59A MUTC

hahahaha
3/3/2022, 7:15P MUTC
hahahaha
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

just cracks me up these lobby groups. gee who would have thought the oil company would want you to not go EV
3/3/2022, 7:15P MUTC
just cracks me up these lobby groups. gee who would have thought the oil company would want you to not go EV
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

the HOB presale annoys the fuck out of me
3/3/2022, 7:17P MUTC
the HOB presale annoys the fuck out of me
5/3/2022, 8:59A MUTC

30 fucking tickets
3/3/2022, 7:17P MUTC
30 fucking tickets
5/3/2022, 8:59A MUTC

GTFO
3/3/2022, 7:17P MUTC
GTFO
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

CONFIDENTIAL                                                                                                          LNE-LIT24-000685555

lol
3/3/2022, 7:17P MUTC
5/3/2022, 8:59A MUTC

i thought you werent doing it?
3/3/2022, 7:17P MUTC
i thought you werent doing it?
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

i wasn't and then jordan mentioned he sold out of his 30 in south florida on some show, so i figured i better start doing it
3/3/2022, 7:17P MUTC
i wasn't and then jordan mentioned he sold out of his 30 in south florida on some show, so i figured i better start doing it
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

yeah they have a HOB down there lol
3/3/2022, 7:21P MUTC
yeah they have a HOB down there lol
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

no they don't
3/3/2022, 7:22P MUTC
no they don't
5/3/2022, 8:59A MUTC
only HOB in FL is Orlando
3/3/2022, 7:22P MUTC
only HOB in FL is Orlando
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

really?! swear there was one in Miami.
3/3/2022, 7:23P MUTC
really?! swear there was one in Miami.
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

Fillmore is in Miami
3/3/2022, 7:23P MUTC
Fillmore is in Miami
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

so in other words, scalpers have the HOB codes
3/3/2022, 7:23P M UTC
so in other words, scalpers have the HOB codes
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

exactly
3/3/2022, 7:23P M UTC
exactly
5/3/2022, 8:59A M UTC

let me know what she says lol
3/3/2022, 8:53P M UTC
let me know what she says lol
5/3/2022, 8:59A M UTC

- Jeff Weinhold (U01BUG6UY5V) W

lol
3/3/2022, 8:54P M UTC
lol
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

all the fucking holds need redone
3/3/2022, 8:54P M UTC
all the fucking holds need redone
5/3/2022, 8:59A M UTC

stop giving them so many fucking VIP numbers
3/3/2022, 8:54P M UTC
stop giving them so many fucking VIP numbers
5/3/2022, 8:59A M UTC

- Jeff Weinhold (U01BUG6UY5V) W

no shit. especially for shitty acts like this
3/3/2022, 8:55P M UTC
no shit. especially for shitty acts like this
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

i just took everything and put it back to opens
3/3/2022, 8:55P M UTC
i just took everything and put it back to opens
5/3/2022, 8:59A M UTC

i'm so pissed
3/3/2022, 8:55P M UTC
i'm so pissed
5/3/2022, 8:59A M UTC

- Jeff Weinhold (U01BUG6UY5V) W

6/16 approved
3/3/2022, 8:55P MUTC
6/16 approved
5/3/2022, 8:59A MUTC

you need to not do stuff right away lol
3/3/2022, 8:56P MUTC
you need to not do stuff right away lol
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

  it's THURSDAY
  3/3/2022, 8:56P MUTC
  it's THURSDAY
  5/3/2022, 8:59A MUTC

  i don't start them before Thursday
  3/3/2022, 8:56P MUTC
  i don't start them before Thursday
  5/3/2022, 8:59A MUTC

  for this reason
  3/3/2022, 8:56P MUTC
  for this reason
  5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

  V4 thats the real key
  3/3/2022, 8:57P MUTC
  V4 thats the real key
  5/3/2022, 8:59A MUTC

  never before v4 lol
  3/3/2022, 8:57P MUTC
  never before v4 lol
  5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

  fuck it. not doing it till tomorrow
  3/3/2022, 9:01P MUTC
  fuck it. not doing it till tomorrow
  5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J W

  lol
  3/3/2022, 9:01P MUTC
  lol
  5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B B

  3/3/2022, 9:06P MUTC
  5/3/2022, 8:59A MUTC

CONFIDENTIAL

LNE-LIT24-000685558



CONFIDENTIAL
LNE-LIT24-000685559

9:06P M UTC
File from iOS (F03S50W14NB)3/3/2022, 9:06P M UTC
guy from arena i use to work at....woof
3/3/2022, 9:07P MUTC
guy from arena i use to work at....woof
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J  W

TM CS has to call them all and cancel them all
3/3/2022, 9:08P MUTC
TM CS has to call them all and cancel them all
5/3/2022, 8:59A MUTC
but dang that sucks
3/3/2022, 9:09P MUTC
but dang that sucks
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B  B

yup
3/3/2022, 9:09P MUTC
yup
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J  W

Redskins DOT that just started maybe 9 months ago is leaving already lol
3/3/2022, 9:09P MUTC
Redskins DOT that just started maybe 9 months ago is leaving already lol
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B  B

hahahaha
3/3/2022, 9:09P MUTC
hahahaha
5/3/2022, 8:59A MUTC

- Jeff Weinhold(U01BUG6UY5V)J  W

im going to punch their BOM, we are the only venue not done for Weeknd and I email "I need an update ASAP, you said it would all be done yesterday" and he called me and gave me a "im just 1 man"
3/3/2022, 9:11P MUTC
im going to punch their BOM, we are the only venue not done for Weeknd and I email "I need an update ASAP, you said it would all be done yesterday" and he called me and gave me a "im just 1 man"
5/3/2022, 8:59A MUTC

- Ben Baker(U01CZ408U8Y)B  B

bahahahahaha
3/3/2022, 9:11P MUTC
bahahahahaha
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

i said I am also only 1 man and i have 14 onsales this week and 12 next week so i dont want to hear it and to suck it the fuck up and get the shit done
3/3/2022, 9:11P MUTC
i said I am also only 1 man and i have 14 onsales this week and 12 next week so i dont want to hear it and to suck it the fuck up and get the shit done
5/3/2022, 8:59A MUTC

ticketing letter came out like 3 weeks ago
3/3/2022, 9:12P MUTC
ticketing letter came out like 3 weeks ago
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

didn't they just get the CAD though
3/3/2022, 9:13P MUTC
didn't they just get the CAD though
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

they had the CAD but it was just finally approved
3/3/2022, 9:13P MUTC
they had the CAD but it was just finally approved
5/3/2022, 8:59A MUTC

but could have done everything waiting for it to be approved
3/3/2022, 9:13P MUTC
but could have done everything waiting for it to be approved
5/3/2022, 8:59A MUTC

i sent them a build email w all these notes on what to add, where to put things etc. They ignored it all apparently
3/3/2022, 9:14P MUTC
i sent them a build email w all these notes on what to add, where to put things etc. They ignored it all apparently
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

jen's email is confusing. split VIP/BB/AIC platinum in 1/3 per row.
3/3/2022, 9:15P MUTC
jen's email is confusing. split VIP/BB/AIC platinum in 1/3 per row.
5/3/2022, 8:59A MUTC

but VIPS gets best reserved. So we're NOT splitting them in thirds?
3/3/2022, 9:15P MUTC
but VIPS gets best reserved. So we're NOT splitting them in thirds?
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

LOL check your email
3/3/2022, 9:17P M UTC
LOL check your email
5/3/2022, 8:59A M UTC

- Ben Baker ( U 0 1 C Z 4 0 8 U 8 Y )B B

yeah she just told me
3/3/2022, 9:46P M UTC
yeah she just told me
5/3/2022, 8:59A M UTC

lol
3/3/2022, 9:46P M UTC
o
5/3/2022, 8:59A M UTC

reducing is better than adding. then i can just move things forward
3/3/2022, 9:46P M UTC
reducing is better than adding. then i can just move things forward
5/3/2022, 8:59A M UTC

- Jeff Weinhold ( U 0 1 B U G 6 U Y 5 V )J W

lol
3/3/2022, 9:47P M UTC
o
5/3/2022, 8:59A M UTC

- Ben Baker ( U 0 1 C Z 4 0 8 U 8 Y )B B

today has been shit
3/3/2022, 9:48P M UTC
today has been shit
5/3/2022, 8:59A M UTC

and it's already 5
3/3/2022, 9:48P M UTC
and it's already 5
5/3/2022, 8:59A M UTC

- Jeff Weinhold ( U 0 1 B U G 6 U Y 5 V )J W

no shit
3/3/2022, 9:48P M UTC
no shit
5/3/2022, 8:59A M UTC

FedExField STILL not done w the weekend
3/3/2022, 9:49P M UTC
FedExField STILL not done w the weekend
5/3/2022, 8:59A M UTC

and im looking at their map .... i dont see they have marked ANY seats as ADA
3/3/2022, 9:49P M UTC
and im looking at their map .... i dont see they have marked ANY seats as ADA
5/3/2022, 8:59A M UTC

- Ben Baker ( U 0 1 C Z 4 0 8 U 8 Y )B B

fuck ADA
3/3/2022, 9:49P MUTC
fuck ADA
5/3/2022, 8:59A MUTC
no crips allowed
3/3/2022, 9:49P MUTC
no crips allowed
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

  not in DC lol
  3/3/2022, 9:49P MUTC
  not in DC lo
  5/3/2022, 8:59A MUTC
  DOJ just down the road. They are sue happy here
  3/3/2022, 9:49P MUTC
  DOJ just down the road. They are sue happy here
  5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

  good. if there's a place that needs another lawsuit it's the skins
  3/3/2022, 9:50P MUTC
  good. if there's a place that needs another lawsuit it's the skins
  5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

lol
3/3/2022, 9:50P M UTC

5/3/2022, 8:59A M UTC

**Ticketmaster Event Flags:**
ITV ReportOK: CCF
TCODE: CCM, privilege 3
TCODE: BJB – privilege 2
TCODE: BJN – privilege 2
3/3/2022, 10:01P M UTC

Ticketmaster Event Flags:
ITV ReportOK: CCF
TCODE: CCM, privilege 3
TCODE: BJB – privilege 2
TCODE: BJN – privilege 2
5/3/2022, 8:59A M UTC

what is priv 2? dont know that ive seen that before
3/3/2022, 10:01P M UTC

what is priv 2? dont know that ive seen that before
5/3/2022, 8:59A M UTC

is that JUST customer data and NOT sales?
3/3/2022, 10:01P M UTC

is that JUST customer data and NOT sales?
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

    priv 2 is customer data
    3/3/2022, 10:01P M UTC

    priv 2 is customer data
    5/3/2022, 8:59A M UTC

    i didn't add them. i figured they'd be on the spec
    3/3/2022, 10:01P M UTC

    i didn't add them. i figured they'd be on the spec
    5/3/2022, 8:59A M UTC

    and/or jen made a mistake
    3/3/2022, 10:01P M UTC

    and/or jen made a mistake
    5/3/2022, 8:59A M UTC

- Jeff Weinhold (U01BUG6UY5V) J W

    ok
    3/3/2022, 10:01P M UTC

    ok
    5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

bc i'm not giving anyone customer data access
3/3/2022, 10:01P M UTC

bc i'm not giving anyone customer data access
5/3/2022, 8:59A M UTC

i'm not bill harris
3/3/2022, 10:02P M UTC

i'm not bill harris
5/3/2022, 8:59A M UTC

- Jeff Weinhold (U01BUG6UY5V) J W

LOL
3/3/2022, 10:02P M UTC

LOL
5/3/2022, 8:59A M UTC

I told Jessica to NEVER do it even if LN people ask unless i approve. So she asked. Good for her
3/3/2022, 10:02P M UTC

I told Jessica to NEVER do it even if LN people ask unless i approve. So she asked. Good for her
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

good for her
3/3/2022, 10:02P M UTC

good for her
5/3/2022, 8:59A M UTC

bill s been here forever and still does it
3/3/2022, 10:02P M UTC

bill s been here forever and still does it
5/3/2022, 8:59A M UTC

- Jeff Weinhold (U01BUG6UY5V) J W

FFS lol
3/3/2022, 10:03P M UTC

FFS lol
5/3/2022, 8:59A M UTC

this fucknut at FedExField
3/3/2022, 10:10P M UTC

this fucknut at FedExField
5/3/2022, 8:59A M UTC

its like hes not even reading the ticketing info
3/3/2022, 10:11P M UTC

its like hes not even reading the ticketing info
5/3/2022, 8:59A M UTC

Created a Preferred Offer in TM1 and made the mask PREFER so now its pulling from PREFERHOLD.
3/3/2022, 10:16P M UTC

Created a Preferred Offer in TM1 and made the mask PREFER so now its pulling from PREFERHOLD.
5/3/2022, 8:59A M UTC

- Ben Baker (U01CZ408U8Y) B B

CONFIDENTIAL

LNE-LIT24-000685565

yeah i hate the way TM1 Offers creates masks/holds
3/3/2022, 10:16P MUTC
yeah i hate the way TM1 Offers creates masks/holds
5/3/2022, 8:59A MUTC

it's based off the offers decription
3/3/2022, 10:17P MUTC
it's based off the offers decription
5/3/2022, 8:59A MUTC

you can't customize it. you'll have to go back in and edit the qualdef if you wanna change it
3/3/2022, 10:17P MUTC
you can't customize it. you'll have to go back in and edit the qualdef if you wanna change it
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

and i talked to him earlier and specifically told him not to do it in there
3/3/2022, 10:17P MUTC
and i talked to him earlier and specifically told him not to do it in there
5/3/2022, 8:59A MUTC

na id have to build out a new sold qual and hold qual. Not dealing w it. its too fucking late since he JUST decided to fucking add it in
3/3/2022, 10:18P MUTC
na id have to build out a new sold qual and hold qual. Not dealing w it. its too fucking late since he JUST decided to fucking add it in
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

oh i didn't realize you were talking about fedex
3/3/2022, 10:18P MUTC
oh i didn't realize you were talking about fedex
5/3/2022, 8:59A MUTC

lol
3/3/2022, 10:18P MUTC
😆
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

its 5p the day before presale. You've had the ticketing letter for 3 weeks. Why is that JUST NOW getting added. I just dont get it
3/3/2022, 10:19P MUTC
its 5p the day before presale. You've had the ticketing letter for 3 weeks. Why is that JUST NOW getting added. I just dont get it
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

oh shit, presale starts tomorrow?
3/3/2022, 10:19P MUTC
oh shit, presale starts tomorrow?
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) W

CONFIDENTIAL
LNE-LIT24-000685566

ok the CAD was just done, but could have done ALL the programming 3 weeks ago to be ready
3/3/2022, 10:19P MUTC
ok the CAD was just done, but could have done ALL the programming 3 weeks ago to be ready
5/3/2022, 8:59A MUTC

YES!
3/3/2022, 10:19P MUTC
YES!
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

oh dear god
3/3/2022, 10:19P MUTC
oh dear god
5/3/2022, 8:59A MUTC

has he programmed VIP pricing, etc?
3/3/2022, 10:19P MUTC
has he programmed VIP pricing, etc?
5/3/2022, 8:59A MUTC

- Jeff Weinhold (U01BUG6UY5V) J W

they were like this w Coldplay too. I was working on the show till 1am moving holds around
3/3/2022, 10:20P MUTC
they were like this w Coldplay too. I was working on the show till 1am moving holds around
5/3/2022, 8:59A MUTC

yes thats actually done which means TM did programming. So why not send that all in.
3/3/2022, 10:20P MUTC
yes thats actually done which means TM did programming. So why not send that all in.
5/3/2022, 8:59A MUTC

i specifically told them to copy me on submissions to TM. Havnet been copied on one.
3/3/2022, 10:20P MUTC
i specifically told them to copy me on submissions to TM. Havnet been copied on one.
5/3/2022, 8:59A MUTC

like why is reading so fucking hard for people
3/3/2022, 10:21P MUTC
like why is reading so fucking hard for people
5/3/2022, 8:59A MUTC

- Ben Baker (U01CZ408U8Y) B B

fuck - i'm sorry man
3/3/2022, 10:22P MUTC
fuck - i'm sorry man
5/3/2022, 8:59A MUTC

that's annoying



CONFIDENTIAL

LNE-LIT24-000685569