# Exhibit 7

1

1    ------------------------------------------

2

3    In the Matter Of:

4    United States of America et al. v.

5    Live Nation Entertainment, Inc. et al

6            Michael Rapino

7        CNBC Interview with David Faber

8            November 14, 2018

9                * * *

10

11

12

13

14

15

16

17

18

19

20

21

22

23    Transcribed Stenographically

24    By:   Jaclyn Urzia, RPR, CRR

25    Job No. 2025-1005854

Ex. No
PX0985
1:24-cv-03973

ATR-LNLIT-000000001

2

1      DANIEL FABER:      Michael Rapino is

2  the CEO of Live Nation.      And if you

3  haven't watched the stock lately,

4  well, you've missed an incredible run

5  over the last -- actually, since you

6  went public, it's kind of been almost

7  straight up.

8      So what do you say to investors

9  now, Michael, who may think, well, I

10  missed it, you know, I missed a great

11  growth opportunity, this thing trades

12  at fairly high multiples.      Given its

13  growth rate though, perhaps they

14  deserve it nonetheless, the big move

15  has already happened.

16      MICHAEL RAPINO:      Right.      You

17  know, we look at Live Nation as, it's

18  got this incredible tailwind called

19  the Live Music Business.

20      So forget Live Nation for a sec.

21  Around the world, the demand for the

22  live show is bigger than ever.  A

23  19-year-old in Columbia is just as

24  excited to sell an arena out to see

25  Rihanna as in Detroit.

ATR-LNLIT-000000002

3

1      So the Internet has really

2  unlocked this global potential of a

3  live customer.       We are a large -- the

4  largest company in the world, but we

5  still only have 30 percent market

6  share.

7      We look at it, still, as a real

8  fragmented global business.       And for

9  the next five years, we think we can

10 add another 30, 40 million fans to our

11 flywheel.

12     DANIEL FABER:     Where are you at

13 33 million now, something like that?

14     MICHAEL RAPINO:     90 million

15 fans --

16     DANIEL FABER:     90 million fans.

17     MICHAEL RAPINO:     -- went to a

18 Live Nation show this year.

19     DANIEL FABER:     How much would

20 that be market share wise?       If you're

21 30 percent already...

22     MICHAEL RAPINO:     We think

23 we're -- you know, we think we got --

24 on a global basis, we still think it's

25 a huge upside at 30 percent global

4

1    market share, at 90 million fans.

2        We've almost doubled in the last

3    five years.        We think we can continue

4    to double that business over the next

5    10, at minimum, add about 40 to

6    50 million fans by continuing to,

7    either organically or through both on

8    acquisitions, grow our global market

9    share.

10       So we believe live music is

11   passionate, top-three thing that a

12   consumer wants to do in life.        On a

13   global basis, we have a lot of market

14   share left.

15       DANIEL FABER:    You know, it's

16   funny.    I mean, it's hard to disagree

17   with you.    At the same time, I know a

18   lot of these VR applications, for

19   example, showcase the idea of being

20   live at the concert when you're not.

21       MICHAEL RAPINO:    Right.    Yeah.

22       DANIEL FABER:    Is that just an

23   adjunct or does that ever become a

24   threat to this idea that you don't

25   have to be there, or you do have to be

5

1    there live?

2        MICHAEL RAPINO:    Yeah.    We

3    think, you know, the business is

4    exciting because it's not

5    duplicatable.

6        That two hours that you go with

7    your wife, your college roommates to

8    reminisce on ACDC or your son's first

9    concert, those are Kodak moments.

10   Those are not duplicatable.

11       It's great to watch Drake on

12   YouTube, but going to that show and

13   getting that, you know, that hair --

14   that moment where you're so excited

15   about the show, those moments are not

16   duplicatable.

17       DANIEL FABER:    Although

18   everybody's still holding their phones

19   up.    They're not even watching the

20   show half the time.    I don't

21   understand that, by the way...

22       MICHAEL RAPINO:    I have an

23   8-year-old who made me take him to a

24   Drake show because Drake played

25   Fortnite, the game.

6

1    DANIEL FABER:    Right.

2    MICHAEL RAPINO:    That's how --

3  you know, even at that age, they start

4  to understand the power of live.

5    DANIEL FABER:    Now, you guys are

6  focused on, and I know you spent some

7  time on your conference call talking

8  about it as well, digital tickets, and

9  why that becomes so much more

10  important in terms of what you can

11  potentially sell and the relationship

12  you have with the customer.

13    Explain to me why that's an

14  important initiative.

15    MICHAEL RAPINO:    Well, it's a

16  bit of an outdated model.    The ticket

17  today has been a barcode.    And, you

18  know, most barcodes got long --

19  replaced by digital; airline tickets,

20  hotels, et cetera.

21    So the problem today is, the

22  barcode is the ticket, it gets

23  duplicated.    When I actually sell you

24  a ticket, I don't know if you're

25  coming to the show or you gave that to

7

1   your wife or you sold it on a

2   marketplace.

3        When the ticket becomes digital,

4   you now have an identity.          Now we have

5   a relationship with you.          I know that

6   you've transferred it -- two tickets

7   to your sons, I know who you came

8   with, I know who's in the venue, we

9   now can talk to you while you're in

10  the venue, we can upsell you on some

11  merchandise, increases our database

12  overall.

13        And more importantly, we've done

14  it with the NFL this year and launched

15  it in all our stadiums.          You start to

16  authenticate the ticket; you can

17  decide how that ticket is resold,

18  whether it's resold, who resells it,

19  maybe even how much the lift is put on

20  that upsell.

21        So now the sports team and the

22  artist has a new way to actually

23  control the identity of the ticket,

24  follow that ticket all through the

25  sales pattern and right to the front

ATR-LNLIT-000000007

8

1    door of the venue.

2        So incredible control for

3    content to decide how that ticket

4    eventually is sold and a whole bunch

5    of new value to the consumer.

6        DANIEL FABER:    How far along are

7    we in that effort and how expensive is

8    that going to be?

9        MICHAEL RAPINO:    This was a big

10   year for us in the NFL.    We launched

11   Labor Day.    Every NFL ticket in 2018

12   was sold as a digital mobile ticket.

13   Every stadium had a mobile entry

14   reader.    We sat on Labor Day Weekend

15   and Ticketmaster watching as all these

16   people showed up at stadiums; worked

17   flawlessly, scaled it this year across

18   all stadiums.

19       DANIEL FABER:    So what would you

20   add in terms of the potential then to

21   communicate, I guess, with that

22   customer?    And do you have any metrics

23   you can share at this point in terms

24   of what you're seeing?

25       MICHAEL RAPINO:    I mean, this

ATR-LNLIT-000000008

9

1    year was the implementation year.        Can

2    we get 50,000 people through a stadium

3    on a digital ticket?

4        We'll actually start making that

5    barcode much more encrypted so it is a

6    real digital security.        And this year

7    we'll start testing, into '19, when

8    you're on-site, when you're there, how

9    can we now help you with that

10   experience?

11       DANIEL FABER:        Now, you guys

12   have significant topline growth,

13   significant growth in a number of

14   areas, although, at least your CFO,

15   your president was talking about

16   margins being flat.

17       Why is that?

18       MICHAEL RAPINO:        Well, our

19   business overall, you know, we have

20   kind of a flywheel that feeds our high

21   margin.

22       Those 30,000 shows a year we do

23   are the low margin business.        That's

24   our content.     And we're going to spend

25   over $6 billion a year putting 30,000

10

1    shows in 41 countries.

2        We've always looked at that as

3    our competitive advantage; scale our

4    content, and it feeds our three high

5    margin businesses.        Sponsorship,

6    70 percent margin business; ticketing,

7    a 20-plus margin business, and

8    on-site, which is a 20-plus margin

9    business.

10        So we've never focused so much

11    on whether we're a 2- or 3-percent

12    margin on the show; we really focus on

13    creating high-margin businesses from

14    our scale.

15        All of those are growing at

16    double digits, and we're adding more

17    of them.

18        DANIEL FABER:        Artists have

19    increasingly come to depend on the

20    live as the most important part of

21    their revenue stream.

22        MICHAEL RAPINO:        Right.

23        DANIEL FABER:        I would assume

24    that's not going to change anytime

25    soon?

11

1    MICHAEL RAPINO:    No.    We've seen

2    it over the last 10 years.    We

3    predicted kind of this rise of live as

4    recording and streaming and downloads

5    were going through their transition.

6    The artist now, although,

7    definitely wants to make sure his

8    single is heard on Spotify and

9    streamed on Apple, he's not making the

10    revenue from that side of the business

11    that he historically did.    He's going

12    to make his money now on the road when

13    he tours, sponsorship, other means.

14    DANIEL FABER:    Right.

15    MICHAEL RAPINO:    But the live

16    and the road are going to be the way

17    he pays most of the bills and reaches

18    most of his fans from an engagement.

19    DANIEL FABER:    Now, the

20    streaming guys, Spotify, for example,

21    will tell me that they can aid the

22    artists in understanding their fan

23    base, knowing where they are and

24    conceivably helping to fill an

25    auditorium or a stadium.

12

1    Is that true?

2        MICHAEL RAPINO:     Listen, we work

3    with a lot of those -- the streaming

4    businesses.     They have our API from

5    Ticketmaster.     Ultimately though,

6    we're selling most tickets on our own

7    platform.

8        Buying a ticket is not like

9    going through a supermarket as an

10   impulse buy.     The average fan goes to

11   two and a half shows a year.          It's a

12   real planned experience.          You've got

13   to bring your two buddies, they've got

14   to make sure they got time off.

15       So these are really kind of like

16   travel experiences.     We look at

17   ourselves as the concierge.

18       DANIEL FABER:     What's your

19   average ticket price at this point?

20       MICHAEL RAPINO:     Concerts --

21   concerts --

22       DANIEL FABER:     I mean, some of

23   these concerts are expensive.

24       MICHAEL RAPINO:     I know, but

25   that's kind of the topline you read.

ATR-LNLIT-000000012

1    An average show is still $55.

2         DANIEL FABER:    Okay.    So --

3         MICHAEL RAPINO:    So still a very

4    affordable...

5         DANIEL FABER:    You know, I'm

6    dating myself here, when I look at

7    that, that's not necessarily

8    indicative of what these things cost?

9         MICHAEL RAPINO:    No.    The

10    average show is still much more

11    affordable than going to a basketball

12    game, you know, a theater or probably

13    even...

14         DANIEL FABER:    Or going to

15    Springsteen on Broadway, certainly,

16    yeah.

17         MICHAEL RAPINO:    That's an

18    exceptional show, though.    Worth every

19    dollar.

20         DANIEL FABER:    It was.    That's

21    why I saw it twice, actually.

22         MICHAEL RAPINO:    Yeah.

23         DANIEL FABER:    30 percent market

24    share, just to come back to that for a

25    minute, with the opportunity to gain a

ATR-LNLIT-000000013

14

1    lot more, do you ever worry though,

2    about coming into the sites of

3    regulators?

4        I mean, there are some markets,

5    frankly, Michael, where, with a

6    fragmented competitive landscape,

7    somebody like your company at that

8    level would start to at least be the

9    target of those who say, "hey, you've

10   got too much."

11       MICHAEL RAPINO:      Yeah.     I think

12   our margin show, on the concert side,

13   it's a very competitive business.          Or

14   we're the, you know, 2 percent margin,

15   we're not doing a good job then.

16       So it's a very competitive

17   business.     The real monopoly in the

18   business is Aerosmith.         Those are the

19   ones that only have a hundred dates.

20   So us and our competitors are in a

21   very competitive space to actually buy

22   that show here in New York or a tour.

23       So we think the business is very

24   competitive.     We just happen to be

25   great at then building businesses

ATR-LNLIT-000000014

15

1    around this concert to monetize it.

2        But in places like

3    South America, we have a 0 percent

4    market share.    Asia, we're very low

5    market share.    Eastern Europe, very

6    low market share.    Not in India.

7        So a lot of big markets where we

8    don't have any market share, lots of

9    room to grow before any regulation

10   would ever be a concern.

11       DANIEL FABER:    All right.    Well,

12   the company's been growing very

13   quickly and, as you say, it seems to

14   have a lot more room.

15       Michael, thank you.    Appreciate

16   your time.

17       MICHAEL RAPINO:    Thank you.

18   Appreciate it.

19

20            * * *

21

22

23

24

25

ATR-LNLIT-000000015

16

1          REPORTER CERTIFICATE

2

3          I, JACLYN URZIA, do hereby certify:

4          That said audio transcription is a true

5    record as reported by me, a disinterested

6    person.

7          I further certify that I am not

8    interested in the outcome of said

9    action, nor connected with, nor related to

10   any of the parties in said action, nor to

11   their respective counsel.

12          IN WITNESS WHEREOF, I have hereunto set

13   my hand this 1st day of December, 2025.

14

15          _____

16          JACLYN URZIA, RPR, CRR

17

18

19

20

21

22

23

24

25

CNBC Interview with David Faber

Michael Rapino
November 14, 2018

**$**

**$55** 13:1
**$6** 9:25

**0**

**0** 15:3

**1**

**10** 11:2
**19** 9:7
**1st** 16:13

**2**

**2** 14:14
**2-** 10:11
**20-plus** 10:7,8
**2018** 8:11
**2025** 16:13

**3**

**3-percent** 10:11
**30** 13:23
**30,000** 9:22,25

**4**

**41** 10:1

**5**

**50,000** 9:2

**7**

**70** 10:6

**A**

**action** 16:9,10
**add** 8:20
**adding** 10:16
**advantage** 10:3
**Aerosmith** 14:18
**affordable** 13:4,11
**age** 6:3
**aid** 11:21
**airline** 6:19
**America** 15:3
**anytime** 10:24
**API** 12:4
**Apple** 11:9
**areas** 9:14
**artist** 7:22 11:6
**artists** 10:18 11:22
**Asia** 15:4
**assume** 10:23
**audio** 16:4
**auditorium** 11:25
**authenticate** 7:16
**average** 12:10,19 13:1,10

**B**

**back** 13:24
**barcode** 6:17,22 9:5
**barcodes** 6:18
**base** 11:23
**basketball** 13:11
**big** 8:9 15:7
**billion** 9:25
**bills** 11:17
**bit** 6:16
**bring** 12:13
**Broadway** 13:15
**buddies** 12:13
**building** 14:25
**bunch** 8:4
**business** 9:19,23 10:6,7,9 11:10 14:13,17,18,23
**businesses** 10:5,13 12:4 14:25

**buy** 12:10 14:21
**Buying** 12:8

**C**

**call** 6:7
**CERTIFICATE** 16:1
**certify** 16:3,7
**cetera** 6:20
**CFO** 9:14
**change** 10:24
**communicate** 8:21
**company** 14:7
**company's** 15:12
**competitive** 10:3 14:6,13,16,21,24
**competitors** 14:20
**conceivably** 11:24
**concern** 15:10
**concert** 14:12 15:1
**concerts** 12:20,21,23
**concierge** 12:17
**conference** 6:7
**connected** 16:9
**consumer** 8:5
**content** 8:3 9:24 10:4
**control** 7:23 8:2
**cost** 13:8
**counsel** 16:11
**countries** 10:1
**creating** 10:13
**CRR** 16:15
**customer** 6:12 8:22

**D**

**DANIEL** 6:1,5 8:6,19 9:11 10:18,23 11:14,19 12:18,22 13:2,5,14,20,23 15:11
**database** 7:11
**dates** 14:19
**dating** 13:6

**day**  8:11,14 16:13

**December**  16:13

**decide**  7:17 8:3

**depend**  10:19

**digital**  6:8,19 7:3 8:12 9:3,6

**digits**  10:16

**disinterested**  16:5

**dollar**  13:19

**door**  8:1

**double**  10:16

**downloads**  11:4

**duplicated**  6:23

E

**Eastern**  15:5

**effort**  8:7

**encrypted**  9:5

**engagement**  11:18

**entry**  8:13

**Europe**  15:5

**eventually**  8:4

**exceptional**  13:18

**expensive**  8:7 12:23

**experience**  9:10 12:12

**experiences**  12:16

**Explain**  6:13

F

**FABER**  6:1,5 8:6,19 9:11 10:18,23
    11:14,19 12:18,22 13:2,5,14,20,23
    15:11

**fan**  11:22 12:10

**fans**  11:18

**feeds**  9:20 10:4

**fill**  11:24

**flat**  9:16

**flawlessly**  8:17

**flywheel**  9:20

**focus**  10:12

**focused**  6:6 10:10

**follow**  7:24

**fragmented**  14:6

**frankly**  14:5

**front**  7:25

G

**gain**  13:25

**game**  13:12

**gave**  6:25

**good**  14:15

**great**  14:25

**grow**  15:9

**growing**  10:15 15:12

**growth**  9:12,13

**guess**  8:21

**guys**  6:5 9:11 11:20

H

**half**  12:11

**hand**  16:13

**happen**  14:24

**heard**  11:8

**helping**  11:24

**hereunto**  16:12

**hey**  14:9

**high**  9:20 10:4

**high-margin**  10:13

**historically**  11:11

**hotels**  6:20

**hundred**  14:19

I

**identity**  7:4,23

**implementation**  9:1

**important**  6:10,14 10:20

**importantly**  7:13

**impulse**  12:10

**increases**  7:11

**increasingly**  10:19

**incredible**  8:2

**India**  15:6

**indicative**  13:8

**initiative**  6:14

**interested**  16:8

J

**JACLYN**  16:3,15

**job**  14:15

K

**kind**  9:20 11:3 12:15,25

**knowing**  11:23

L

**Labor**  8:11,14

**landscape**  14:6

**launched**  7:14 8:10

**level**  14:8

**lift**  7:19

**Listen**  12:2

**live**  6:4 10:20 11:3,15

**long**  6:18

**looked**  10:2

**lot**  12:3 14:1 15:7,14

**lots**  15:8

**low**  9:23 15:4,6

M

**make**  11:7,12 12:14

**making**  9:4 11:9

**margin**  9:21,23 10:5,6,7,8,12 14:12,
    14

**margins**  9:16

**market**  13:23 15:4,5,6,8

**marketplace**  7:2

markets  14:4 15:7

means  11:13

merchandise  7:11

metrics  8:22

Michael  6:2,15 8:9,25 9:18 10:22
11:1,15 12:2,20,24 13:3,9,17,22 14:5,
11 15:15,17

minute  13:25

mobile  8:12,13

model  6:16

monetize  15:1

money  11:12

monopoly  14:17

**N**

necessarily  13:7

NFL  7:14 8:10,11

number  9:13

**O**

on-site  9:8 10:8

opportunity  13:25

outcome  16:8

outdated  6:16

**P**

part  10:20

parties  16:10

pattern  7:25

pays  11:17

people  8:16 9:2

percent  10:6 13:23 14:14 15:3

person  16:6

places  15:2

planned  12:12

platform  12:7

point  8:23 12:19

potential  8:20

potentially  6:11

power  6:4

predicted  11:3

president  9:15

price  12:19

problem  6:21

put  7:19

putting  9:25

**Q**

quickly  15:13

**R**

RAPINO  6:2,15 8:9,25 9:18 10:22
11:1,15 12:2,20,24 13:3,9,17,22
14:11 15:17

reaches  11:17

read  12:25

reader  8:14

real  9:6 12:12 14:17

record  16:5

recording  11:4

regulation  15:9

regulators  14:3

related  16:9

relationship  6:11 7:5

replaced  6:19

reported  16:5

REPORTER  16:1

resells  7:18

resold  7:17,18

respective  16:11

revenue  10:21 11:10

rise  11:3

road  11:12,16

room  15:9,14

RPR  16:15

**S**

sales  7:25

sat  8:14

scale  10:3,14

scaled  8:17

security  9:6

sell  6:11,23

selling  12:6

set  16:12

share  8:23 13:24 15:4,5,6,8

show  6:25 10:12 13:1,10,18 14:12,22

showed  8:16

shows  9:22 10:1 12:11

side  11:10 14:12

significant  9:12,13

single  11:8

sites  14:2

sold  7:1 8:4,12

sons  7:7

South  15:3

space  14:21

spend  9:24

spent  6:6

sponsorship  10:5 11:13

sports  7:21

Spotify  11:8,20

Springsteen  13:15

stadium  8:13 9:2 11:25

stadiums  7:15 8:16,18

start  6:3 7:15 9:4,7 14:8

stream  10:21

streamed  11:9

streaming  11:4,20 12:3

supermarket  12:9

**T**

talk  7:9

talking  6:7 9:15

target  14:9

team  7:21

**terms**  6:10 8:20,23
**testing**  9:7
**theater**  13:12
**things**  13:8
**ticket**  6:16,22,24 7:3,16,17,23 8:3,11, 12 9:3 12:8,19
**ticket all**  7:24
**ticketing**  10:6
**Ticketmaster**  8:15 12:5
**tickets**  6:8,19 7:6 12:6
**time**  6:7 12:14 15:16
**today**  6:17,21
**topline**  9:12 12:25
**tour**  14:22
**tours**  11:13
**transcription**  16:4
**transferred**  7:6
**transition**  11:5
**travel**  12:16
**true**  12:1 16:4

### U

**Ultimately**  12:5
**understand**  6:4
**understanding**  11:22
**upsell**  7:10,20
**URZIA**  16:3,15

### V

**venue**  7:8,10 8:1

### W

**watching**  8:15
**Weekend**  8:14
**WHEREOF**  16:12
**wife**  7:1
**work**  12:2
**worked**  8:16

**worry**  14:1
**Worth**  13:18

### Y

**year**  7:14 8:10,17 9:1,6,22,25 12:11
**years**  11:2
**York**  14:22